UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. BRIHEEM NERO, SBI# 218095C

## PETITION FOR
## WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum        ( ) Ad Testificandum

1. BRIHEEM NERO (hereinafter the "Detainee") is now confined at the Passaic County Correctional Facility.

2. The Detainee is

   charged in this District by: (X) Indictment    ( ) Information    ( ) Complaint with a violation of Title 18 U.S.C. § 922(g).

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at U.S. Post Office & Courthouse, Federal Square, Courtroom 5, Newark, New Jersey, before the Hon. Katharine S. Hayden, U.S. District Judge, on Thursday, July 14, 2011, at 11:00 am, for an initial appearance and arraignment in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: July 6, 2011

*Fabiana Pierre-Louis*
Fabiana Pierre-Louis
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 7/13/11

_____
Hon. Katharine S. Hayden, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Passaic County Correctional Facility:

WE COMMAND YOU that you have the body of

BRIHEEM NERO, SBI# 218095C

now confined at the Passaic County Correctional Facility, brought before the United States District Court, the Hon. Katharine S. Hayden, U.S. District Judge, in the U.S. Post Office & Courthouse, Federal Square, Newark, NJ, on Thursday, July 14, 2011 at 11:00 am, in civilian clothes, so that the Detainee may have an initial appearance and arraignment in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
United States District Judge
Newark, New Jersey.

DATED: 7/13/11

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk