UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. BRIHEEM NERO

## PETITION FOR WRIT OF HABEAS CORPUS

1. BRIHEEM NERO, DOB: ▓▓▓▓ SBI#: 218095C, is now confined to Passaic County Correctional Facility.

2. BRIHEEM NERO, DOB: ▓▓▓▓ SBI#: 218095C will be required at the United States Court House in Newark, New Jersey before the Hon. Katherine S. Hayden, U.S. District Judge, on Thursday, January 18, 2012, at 9:00 a.m., for a Status Conference, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: January 9, 2012
Newark, NJ

_[signature]_
Fabiana Pierre-Louis, Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 1/10/12

_[signature]_
Hon. Katherine S. Hayden, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Passaic County Correctional Facility
WE COMMAND YOU that you have the body of

BRIHEEM NERO, DOB: ▓▓▓▓ SBI#: 218095C

now confined at the Passaic County Correctional Facility, brought before the United States District Court, before the Hon. Katherine S. Hayden, U.S. District Judge, on Thursday, January 18, 2012, at 9:00 a.m., for a Status Conference.

WITNESS the Hon. Katherine S. Hayden
United States District Judge
Newark, New Jersey.

DATED: 1/10/12

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _[signature]_
Deputy Clerk