# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES v. BRIHEEM NERO

---

## PETITION FOR WRIT OF HABEAS CORPUS

1. BRIHEEM NERO, ███████ SBI#: 218095C, is now confined to Passaic County Correctional Facility.

2. BRIHEEM NERO, DOB: 3/3/1980 SBI#: 218095C will be required at the United States Court House in Newark, New Jersey before the Hon. Katherine S. Hayden, U.S. District Judge, on Wednesday, January 17, 2012, at 10:00 a.m., for a Status Conference, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: January 12, 2012
Newark, NJ

_Fabiana Pierre-Louis_
Fabiana Pierre-Louis, Assistant U.S. Attorney
Petitioner

---

## ORDER

Let the Writ Issue.

DATED: 1/12/12

_Katherine S. Hayden_
Hon. Katherine S. Hayden, U.S.D.J.

---

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Passaic County Correctional Facility
WE COMMAND YOU that you have the body of

**BRIHEEM NERO,** ███████ **SBI#: 218095C**

now confined at the Passaic County Correctional Facility, brought before the United States District Court, before the Hon. Katherine S. Hayden, U.S. District Judge, on Wednesday, January 17, 2012, at 10:00 a.m., for a Status Conference.

WITNESS the Hon. Katherine S. Hayden
United States District Judge
Newark, New Jersey.

DATED: 1/12/12

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk