UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 11-405 |
| BRIHEEM NERO | : | <u>ORDER</u> |

   This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Fabiana Pierre-Louis, Assistant U.S. Attorney, appearing), and defendant Briheem Nero (Chester Keller, Assistant Federal Public Defender, appearing), for a status conference in the above-captioned matter; and a status conference having been held in this matter on January 18, 2012; and the parties having advised the Court of the present status of defendant's State Court matter; and for good cause shown;

   IT IS on this <u>20</u><sup>th</sup> day of January 2012,

   ORDERED that the Continuance Order currently in place which expires on March 25, 2012 will remain in effect; and

   IT IS FURTHER ORDERED that a status conference will be held in this matter on March 19, 2012 at 11:30 a.m., at which time the parties will report on the status of defendant's State Court matter.

   SO ORDERED.

                           /s/ Katharine S. Hayden
                           _____
                           KATHARINE S. HAYDEN
                           United States District Judge